UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

Holding a Criminal Term

Grand Jury Sworn in on May 15, 2009

| | |
|---|---|
| UNITED STATES OF AMERICA : | CASE NO.  CR-10-018 (SUPERSEDING) |
| : | |
| v. : | VIOLATIONS: |
| : | |
| SILVIO MONTANO VERGARA (1) : | 46 U.S.C. §§ 70503, 70506 |
| a.k.a. "Antonio" : | (Conspiracy to Distribute Five |
| a.k.a. "Don Rafa" : | Kilograms or More of Cocaine On Board |
| a.k.a. "Rafael" : | a Vessel Subject to the Jurisdiction of |
| a.k.a. "Padrino" : | the United States) |
| : | |
| MARLON VALENCIA-PORTOCARRERO (2) : | 21 U.S.C. §§ 959, 960, 963 |
| a.k.a. "La Ketty" : | (Conspiracy to Distribute Five |
| a.k.a. "Richard" : | Kilograms or More of Cocaine Knowing |
| a.k.a. "Edwin Jairo : | and Intending that it will be Unlawfully |
|        Valencia-Bermudez" : | Imported into the United States) |
| a.k.a. "Quemado" : | |
| a.k.a. "El Viejo" : | 46 U.S.C. §§ 70503 |
| : | (Distribution and Possession with Intent |
| DAVID ORLANDO ANDRADE RAMIREZ (3): | to Distribute  Five Kilograms or More of |
| : | Cocaine On Board a Vessel Subject to |
| RAUL ARTURO FERNANDEZ (4) : | the Jurisdiction of the United States) |
| : | |
| ALEXANDER LEUDO NIEVES (5) : | 21 U.S.C. §§ 959, 960 |
| a.k.a. "Alex Brando" : | (Distribution of Five Kilograms or More |
| : | of Cocaine Knowing and Intending that |
| HEINER JULIAN : | it will be Unlawfully Imported into the |
|    ARBOLEDA SATIZABAL (6) : | United States |
| a.k.a. "Omelet" : | |
| : | 18 U.S.C. § 2 |
| EDWIN ARNULFO MORENO IBARRA (7): | (Aiding and Abetting) |
| a.k.a. "Georgina" : | |
| : | 21 U.S.C. § 853 |
| CARLOS ALBERTO GOMEZ REINA (8) : | 21 U.S.C. § 970 |
| a.k.a. "Carlitos" : | 46 U.S.C. § 70507 |
| : | (Forfeiture) |
| JORGE JUAN PERLAZA RAYO (9) : | |
| a.k.a. "Carnicero" : | FILED IN OPEN COURT |
| : | |
| RAMIRO ANTURI LARRAHONDO (10) : | JAN 2 6 2010 |
| a.k.a. "Doctor" | |
| a.k.a. "Fiscal" | CLERK, U.S. DISTRICT COURT |
| | DISTRICT OF COLUMBIA |

BATES, J. JDB

**SUPERSEDING**

Case Related To 10CR018 (JDB)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about October 2008, and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in Colombia, Costa Rica, Panama, Honduras, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," MARLON VALENCIA-PORTOCARRERO, a.k.a. "La Ketty," a.k.a. "Richard," a.k.a. "Edwin Jairo Valencia-Bermudez," a.k.a. "Quemado," a.k.a. "El Viejo," DAVID ORLANDO ANDRADE RAMIREZ, RAUL ARTURO FERNANDEZ, ALEXANDER LEUDO NIEVES, a.k.a. "Alex Brando," HEINER JULIAN ARBOLEDA SATIZABAL, a.k.a. "Omelet," EDWIN ARNULFO MORENO IBARRA, a.k.a. "Georgina," CARLOS ALBERTO GOMEZ REINA, a.k.a. "Carlitos," JORGE JUAN PERLAZA RAYO, a.k.a. "Carnicero," and RAMIRO ANTURI LARRAHONDO, a.k.a. "Doctor," a.k.a. "Fiscal," and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503 and 70506 and Title 18, United States Code, Section 2.

> (Conspiracy to Distribute Five (5) Kilograms or More of Cocaine On Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Sections 70503 and 70506, and Title 18, United States Code, Section 2)

## COUNT TWO

From in or about October 2008, and continuing thereafter up to and including the date of the filing of this Indictment, the exact dates being unknown to the Grand Jury, in Colombia, Costa Rica, Panama, Honduras, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," MARLON VALENCIA-PORTOCARRERO, a.k.a. "La Ketty," a.k.a. "Richard," a.k.a. "Edwin Jairo Valencia-Bermudez," a.k.a. "Quemado," a.k.a. "El Viejo," DAVID ORLANDO ANDRADE RAMIREZ, RAUL ARTURO FERNANDEZ, ALEXANDER LEUDO NIEVES, a.k.a. "Alex Brando," HEINER JULIAN ARBOLEDA SATIZABAL, a.k.a. "Omelet," EDWIN ARNULFO MORENO IBARRA, a.k.a. "Georgina," CARLOS ALBERTO GOMEZ REINA, a.k.a. "Carlitos," JORGE JUAN PERLAZA RAYO, a.k.a. "Carnicero," and RAMIRO ANTURI LARRAHONDO, a.k.a. "Doctor," a.k.a. "Fiscal," and others unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States:  to knowingly and intentionally distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959, 960, 963, and Title 18, United States Code, Section 2.

> (Conspiracy to Distribute Five (5) Kilograms or More of Cocaine Knowing and Intending that the Cocaine will be Unlawfully Imported into the United States in violation of Title 21, United States Code, Sections 959, 960, and 963, and Title 18, United States Code, Section 2)

## COUNT THREE

On or about December 1, 2008, in Costa Rica, Colombia, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," HEINER JULIAN ARBOLEDA SATIZABAL, a.k.a. "Omelet," EDWIN ARNULFO MORENO IBARRA, a.k.a. "Georgina," CARLOS ALBERTO GOMEZ REINA, a.k.a. "Carlitos," JORGE JUAN PERLAZA RAYO, a.k.a. "Carnicero," did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503, and Title 18, United States Code, Section 2.

> (Distributing Five (5) Kilograms or More of Cocaine On Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Section 70503, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2)

## COUNT FOUR

On or about December 2, 2008, in the Eastern Pacific Ocean off the Western Coast of Panama, Colombia, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," HEINER JULIAN ARBOLEDA SATIZABAL, a.k.a. "Omelet," EDWIN ARNULFO MORENO IBARRA, a.k.a. "Georgina," CARLOS ALBERTO GOMEZ REINA, a.k.a. "Carlitos," JORGE JUAN PERLAZA RAYO, a.k.a. "Carnicero," did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such cocaine would be unlawfully imported into the United States in violation of Title 21, United States Code, Sections 959, 960, and Title 18, United States Code, Section 2.

> (Distributing Five (5) Kilograms or More of Cocaine Knowing and Intending that the Cocaine will be Unlawfully Imported into the United States in violation of Title 21, United States Code, Section 959, 960, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2)

## COUNT FIVE

On or about December 12, 2008, in the Eastern Pacific Ocean off the Western Coast of Colombia, Colombia, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," HEINER JULIAN ARBOLEDA SATIZABAL, a.k.a. "Omelet," EDWIN ARNULFO MORENO IBARRA, a.k.a. "Georgina," CARLOS ALBERTO GOMEZ REINA, a.k.a. "Carlitos," JORGE JUAN PERLAZA RAYO, a.k.a. "Carnicero," did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, knowing and intending that such cocaine would be unlawfully imported into the United States in violation of Title 21, United States Code, Sections 959, 960, and Title 18, United States Code, Section 2.

> (Distributing Five (5) Kilograms or More of Cocaine Knowing and Intending that the Cocaine will be Unlawfully Imported into the United States in violation of Title 21, United States Code, Section 959, 960, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2)

## COUNT SIX

On or about April 24, 2009, in Barranquilla, Colombia, Honduras, and elsewhere, the defendants, SILVIO MONTANO VERGARA a.k.a. "Antonio," a.k.a. "Don Rafa," a.k.a. "Rafael," a.k.a. "Padrino," MARLON VALENCIA-PORTOCARRERO, a.k.a. "La Ketty," a.k.a. "Richard," a.k.a. "Edwin Jairo Valencia-Bermudez," a.k.a. "Quemado," a.k.a. "El Viejo," DAVID ORLANDO ANDRADE RAMIREZ, RAUL ARTURO FERNANDEZ, and ALEXANDER LEUDO NIEVES, a.k.a. "Alex Brando," did unlawfully, knowingly, and intentionally possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70503 and Title 18, United States Code, Section 2.

>  (Possession with Intent to Distribute Five (5) Kilograms or More of Cocaine On Board a Vessel Subject to the Jurisdiction of the United States in violation of Title 46, United States Code, Section 70503, and Aiding and Abetting, in violation of Title 18, United States Code, Section 2)

**FORFEITURE ALLEGATION**

Upon conviction of the criminal violations alleged in Counts One, Two, Three, Four, Five and Six of this Indictment, said offenses being punishable by imprisonment for one more one year, the Defendants:

A.  With respect to Counts Two, Four, and Five shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

   (1) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts Two, Four and Five of this Indictment; and

   (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in Counts Two, Four and Five of this Indictment.

B.  With respect to Counts One, Three and Six, the Defendants shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507, any and all respective right, title or interest which said Defendants may have in any property described in Title 21, United States Code, Section 881(a), that is used or intended for use to commit, or to facilitate the commission of, the knowing or intentional manufacture, distribution, or possession with intent to manufacture or distribute, a controlled substance.

C.  If any of said forfeitable property, as a result of any act or omission of the defendants --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970 and Title 46, United States Code, Section 70507 )

A TRUE BILL:

_____
FOREPERSON

*[signature: Paul M. O'Brien]*
PAUL M. O'BRIEN, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: *[signature: Stephen Sola]*
Stephen Sola
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 514-8020 (phone)

9