# FISCALIA ADJUNTA DE PUNTARENAS.

## 08-204536-0431-PE

## INFRACION A LEY DE PSICOTROPICOS.

## CASO: IGNORADO.

## MINISTERIO PUBLICO COSTA RICA

## COPIA CERTIFICADA

1763-09-1          001

| Despacho: | FISCALIA ADJUNTA DE PUNTARENAS |
|---|---|
| | UNIDAD DE NARCOTRAFICO Y LEYES ESPECIALES |

Expediente:

08-204536-431-PE

| Asunto o delito: | Estimación: |
|---|---|
| INFRACCION LEY DE PSICOTROPICOS | |

| PARTES | NOTIFICACIONES |
|---|---|
| IMPUTADO: IGNORADO | |
| DEFENSOR: | |
| OFENDIDO: LA SALUD PUBLICA | |
| FISCAL: LIC. ALEJANDRO MARTINEZ SANDOVAL | |

Iniciado:

Fallado:

Remesa:                               Archivo:

Observaciones:

2

Acta de Revisión de Embarcación

Al ser las nueve horas aproximadamente del [...] de diciembre del año dos mil ocho; comparece el Fiscal Auxiliar, Alejandro Martínez Sandoval, el Jefe provincial de la PCD, Gustavo Garita Piedra; los oficiales de la PCD, Erick Rojas Abarca, Junior Hernández Segura y el oficial de Guardacostas, Oscar Chinchilla Campos; los cuales nos apersonamos al sitio donde se ubicó una embarcación con droga, la cual está en las coordenadas Latitud Norte 0951857 y la longitud Oeste 08441643; lo cual coincide con la boca del estero Tivives; salida del río María Aguilar. Al llegar al sitio se ubica una embarcación de Guardacostas denominada Diquís la cual custodia la embarcación con droga; el sitio está resguardado por los oficiales de Guardacostas, Leonardo corrijo Walter Vargas Jiménez; jefe del grupo y los oficiales Víctor Jara Rodríguez, Diego Cruz Brenes y Luis Cruz Zúñiga; se apersonan al lugar en el mismo acto la embarcación Cocorí-22-1 con el capitán Leonardo León Pérez y los oficiales de Guardacostas; Juan Díaz Hernández; José Ramón Villalobos Quesada. Se procede con la revisión de la embarcación; la cual se encuentra oculta entre el manglar; dicha embarcación es de fibra de vidrio; color blanco No tiene ni serie ni nombre visible; presenta las siguientes dimensiones: 37 pies aproximadamente de longitud o eslora; con un ancho o manga de 9 pies aproximadamente; y de fondo o puntal de 5 pies aproximadamente. Dentro de la embarcación se ubican en la parte delantera o Proa 39 pacas de color negro; en la parte central 42 pacas de color negro y en la parte de la popa 49 pacas, para un total de 130 pacas de color negro. Adicionalmente dentro de la embarcación se ubica catorce estañones de color azul; con tres de ellos con un poco de gasolina. Continúa.........

003

Continuación Acta de Revisión de Embarcación

Dentro de la embarcación se ubica ropa varia tales como camisetas, calzoncillos, dos timones los cuales se encuentran en mal estado. Se ubican productos alimenticios como: pan sin envolver, arroz preparado, agua; los cuales se ordena destruir de inmediato por ser productos perecederos. En la embarcación se ubica un fusil AK-47 sin serie ni marca visible con su cargador con munición, además un cargador adicional con munición. En el sector de la consola se ubican las palancas de cambios, los manómetros y un volante; además en dicho sector se ubican dos teléfonos celulares; el primero de ellos marca Nokia con el # de serie: 011671/00/147399/5 y el segundo marca LG con el # de serie: 011494/00/048160-8; ambos con cargadores. En la parte media se ubica un balde con ropa en regular estado, además, dentro de bolsas plásticas se ubican un teléfono satelital marca Iridium # 008816316235 94 y dentro de otra bolsa plástica se ubican dos teléfonos celulares; el primero de ellos, marca Nokia; serie 011510/00/149607/9 y el otro marca Samsung; # de serie: 3566-06/01/056195/3. Dentro de la embarcación se ubica una cabeza de fuerza para motor y una Bota Larga para motor; además de filtros para motor. Se hace constar que la embarcación tiene tres motores, marca Yamaha, V6, de 200 Hp, dos de ellos sin serie y el motor central con la serie # 6-6200 AEP X 10 238466. Todos los bienes quedan decomisados a la Orden de la Fiscalía de Puntarenas; se hace traslado a la Fiscalía sólo de los teléfonos, el fusil, y la droga. Los demás bienes quedan en custodia de los oficiales de Guardacostas, oficial Walter Vargas. Es todo, y en el acto con la droga se procede a trasladar a la sede de Guardacostas en Puntarenas centro.

Continuación Acta de Revisión de Embarcación

Al llegar las evidencias a la Sede de Guardacostas procedo a Revisar cada uno de los sacos negros; los cuales vienen con saco negro, varios ajes de latex y cinta adhesiva; dentro de los cuales vienen 20 envoltorios de manera rectangular y cada uno con aparente cocaína. Al realizarle una de prueba de campo a los paquetes número uno, veinticinco, cincuenta, setenta y cinco; cien, y ciento treinta; al tomar dichos paquetes se escogió un envoltorio rectangular al azar y se le abrió; el material interior dio positivo a la prueba de campo como cocaína. La droga decomisada, queda debidamente sellada; embolsada en bolsas plásticas transparentes; con los envoltorios de latex; cinta adhesiva y cada bolsa contiene a la vez, veinte envoltorios rectangulares con aparente cocaína para un total de 2.600 paquetes con distribución en 130 bolsas plásticas las cuales quedan en custodia del oficial Junior Hernández Segura de la P.C.D., para que realice la entrega al Complejo Forense en San Joaquín de Flores, Complejo Forense.

En custodia de Guardacostas, queda la embarcación; 3 motores Yamaha; 1 compás Ritchie; 3 relojes RPM; 1 volante; 1 pata de motor aquas; 1 balde blanco con ropa; 1 cabeza de fuera; 1 bomba de Achique; 2 baterías N200; 3 motores fuera de borda; medio saco con filtros, empaques varios y manguera 1/4; y el Oficial Castillo Espinoza por Guardacostas. Es todo.

3-348-950
P.C.D.