# OFFICE OF THE ASSISTANT PUBLIC PROSECUTOR

# PUNTARENAS

# 08-204536-0431-PE

# VIOLATION OF THE PSYCHOTROPIC DRUGS LAW

# CASE: UNKNOWN

# OFFICE OF THE ATTORNEY GENERAL COSTA RICA

# CERTIFIED COPY

001

[STAMP WITH INITIALS:

Republic of Costa Rica;

Judicial Branch;

Criminal Court of Puntarenas]

[handwritten: [Illegible] 1763-09-1]

| Office: OFFICE OF THE ASSISTANT PUBLIC PROSECUTOR IN PUNTARENAS DRUG TRAFFICKING AND SPECIAL STATUTES UNIT | |
|---|---|
| Case Number:<br>08-204536-431-PE | |
| Matter or Crime:<br>VIOLATION OF THE PSYCHOTROPIC DRUG LAW | Ruling: |
| PARTIES | NOTICES |
| DEFENDANT:<br>UNKNOWN<br><br><br>DEFENSE ATTORNEY:<br><br><br>VICTIM:<br>THE GOVERNMENT/ PUBLIC HEALTH<br><br><br>PROSECUTOR:<br>ALEJANDRO MARTINEZ SANDOVAL | |
| INITIATED: 12-01-08<br><br>RULING:<br><br>DELIVERY:                              FILE: | |
| NOTES:                    [Signature] | |
| | [the following two words are upside down] File:<br>Office:<br>2 |

2

004

[STAMP WITH INITIALS:
Republic of Costa Rica;
Judicial Branch;
Criminal Court of Puntarenas]

[Handwritten]

### Vessel Inspection Report

At approximately nine in the morning on the first day of December of the year two thousand and eight, Assistant Public Prosecutor Alejandro Martinez Sandoval, the Provincial Chief of the Drug Enforcement Police [*Policía de Control de Drogas* – PCD] Gustavo Garita Piedra, PCD Officers Erick Rojas Abarca, and Junior Hernandez Segura, in addition to Coast Guard Officer Oscar Chinchilla Campos arrived at the site where a vessel with drugs was located. The location was at Latitude North 0951857 and Longitude West 08441643 coordinates, which coincides with the mouth of the Tivives estuary, where the Maria Aguilar River drains. Upon our arrival we found the Coast Guard vessel Diana, which was guarding the boat loaded with drugs. The site was being guarded by Coast Guard Officers Leonardo, correction, Walter Vargas Jimenez, head of the group, and the Officers Victor Jaro Rodriguez, Diego Cruz Brenes, and Luis Cruz Zuñiga. Also present at the site for the same procedure is the vessel Cocori – 22 – 1 with Captain Leonardo Leon Periz and Coast Guard Officers Juan Diego Hernandez, [and] Jose Ramon Villalobos [Illegible]. We proceeded with the inspection of the vessel, which was found hidden in the marsh; this vessel is made of white fiberglass. It has no visible name or serial [number]; [and] has the following dimensions: approximately 37 feet in length with a breadth or beam of approximately 9 feet; and a depth or molded depth of approximately 5 feet. Inside the vessel, in the front or prow were 39 black bales; in the center 42 black bales, and in the stern 49 bales; for a total of 130 black bales. Additionally, there were fourteen blue drums inside the vessel, three of them with a little gasoline.

Continues.....

003 [handwritten: 2]

<u>Continuation Vessel Inspection Report</u>

[STAMP WITH INITIALS:
Republic of Costa Rica;
Judicial Branch;
Criminal Court of Puntarenas]

Inside the vessel we found a variety of clothing [illegible] such as shirts, underpants, two mechanics' overalls, in a poor condition. Food items such as the following were found: unwrapped bread, cooked rice, water; these were ordered to be destroyed immediately as they were perishable items. In the vessel were an AK-47 rifle, with no visible serial [number] or marks, with its magazine with ammunition, as well as an additional magazine with ammunition. In the area of the console were the gear shifts, the manometers and a pilot wheel. Also found in that area were two cellular telephones; the first a Nokia brand with serial # 011671/00/147394/5 and the second a LG brand with serial # 011494/00/048160-8 i[sic], both with chargers.

In the middle, a pail with clothing in fair condition, and, inside plastic bags, an Iridium brand satellite phone # 00881631623594. Inside another plastic bag were two cellular telephones: the first, Nokia brand, serial [#]011510/00/149607/9 and the other one a Samsung brand, serial [#]3566-06/01//056195/3.

Inside the boat were a Powerhead for a motor and a long shaft for a motor, as well as engine filters. The vessel can be seen to have three motors, Yamaha brand, V6, 200 Hp, two of them with no serial number, and the central motor with the serial # 0 6200 AEP X 10388466.

All the items have been seized by order of the Office of the Public Prosecutor in Puntarenas. Only the telephones, the rifle, and the drugs were transported to the Office of the Prosecutor. The other items remain in the custody of the Coast Guard officers; Officer Walter Vargas. That is all. At the scene, the drugs were transferred to the Coast Guard Headquarters in Downtown Puntarenas.

[Handwritten: 3]

<u>Continuation Vessel Inspection Report</u>

[STAMP WITH INITIALS:
Republic of Costa Rica;
Judicial Branch;
Criminal Court of Puntarenas]

Upon the arrival of the evidence to the Coast Guard Headquarters, we inspected each one of the black bales, which have a black sack, several layers of latex and adhesive tape. Inside of these are 20 rectangular bundles and each one with what appears to be cocaine. Upon performing a field test on packages number one, 25, 50, 75, 100, and 130; on taking said packages a rectangular bundle was chosen at random and opened. The material inside gave a positive [result] in the field test as cocaine. The seized drugs were duly sealed, bagged in clear plastic bags with the latex packaging, adhesive tape and each bag also contains 20 rectangular packages with what appears to be cocaine for a total of 2,600 packages distributed among 130 plastic bags, which remain in the custody of Officer Junior Hernandez Segura of the Drug Enforcement Police so that he can deliver them to the Forensic Facilities in San Joaquin de Flores.

In the custody of the Coast Guard are the vessel, 3 Yamaha motors, a Ritchie compass, 3 RPM gages, 1 pilot wheel, 1 replacement motor shaft, 1 white pail with clothing, 1 Powerhead, 1 bilge pump, 2 N200 batteries, 3 outboard motors, half bag with filters, various washers and a ¼" hose. Edoin Castillo Espinoza, for the Coast Guard. That is all.

[Signature]                    [Signature]                    [Signature]

3-348-950

PCD

Se