Case 1:10-cr-00018-JDB   Document 261-3   Filed 09/09/12   Page 1 of 1

