

MINISTERIO DE OBRAS PUBLICAS Y TRANSPORTES
DIVISION MARITIMO PORTUARIA
DIRECCION DE NAVEGACIÓN Y SEGURIDAD
CAPITANIA DE PUERTO DE PUNTARENAS

.006   443



Ing. José Luis Paredes Araya
CAPITÁN DE PUERTO
CERTIFICA

Que de acuerdo a los archivos y registros de Embarcaciones Nacionales que lleva esta Capitanía de Puerto, no aparece que la lancha tipo Eduardoño de tres motores que fue encontrada en Playa Tivives el 1º de diciembre del 2008 tuviera registro alguno ni, por ende, Certificado de Navegabilidad que la autorizara a navegar. Dicha embarcación fue inspeccionada ocularmente por este servidor en las instalaciones del Servicio Nacional de guardacostas en el estero de Puntarenas.
*******************************UL*********************************

Se extiende en Puerto Caldera al ser 11:00 horas del 31 de marzo del 2011 a solicitud del Lic. Allan Solano Aguilar, Director de la Policía de Control de Drogas del Ministerio de Seguridad Pública
Exenta de pagos de los timbres de ley.

CC. Archivo