| | | |
|---|---|---|
| mopt | MINISTRY OF PUBLIC WORKS AND TRANSPORTATION | 000 443 |

MARITIME PORT DIVISION
OFFICE OF NAVIGATION AND SAFETY
PUNTARENAS PORT COMMAND

[Circular stamp: Ministry of Public Works and Transportation, Maritime and Port Division, Puntarenas Port Command, Costa Rica]

[Illegible original signature]

*Eng. Jose Luis Paredes Araya*
*PORT COMMANDER*

*I HEREBY CERTIFY*

That, according to the archives and records of National Vessels kept by this Port Command, it does not appear that the three engine, Eduardoño-type boat that was found on Tivives Beach on December 1, 2008, has any type of registration, nor, therefore, Certificate of Seaworthiness, which would allow it to operate. Said vessel was visually inspected by me at the National Coast Guard Service facilities in the Puntarenas estuary.

*******************************LL[Last line]*************************************

Given in Puerto Caldera at 11 o'clock on March 31, 2011, at the request of Allan Solano Aguilar, Director of the Drug Control Police, of the Ministry of Public Security. Exempt from payment of tax stamps.

Cc. File

---

Tel. 2634 4271 Fax: 2634 4448 Cel. 83428666 E-mail: jparedes63@yahoo.com    Page 1