*United States v. Ramiro Anturi Larrahondo*       **USG Exhibit**
*Case No.: CR-10-018*
3184067009 - 12.01.2008 at 04.36.36.311_*TRANSCRIPT*
*Page 1 of 3*

**Date of recording:**   December 1, 2008
**Time of recording:**   04:36:36

### ABBREVIATIONS

| *[II]*: | *Ininteligible* | [UI]: | Unintelligible |
| *[F]*: | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Letra no itálica:* Hablado en inglés en la versión original | | *Italics:* Originally spoken in English | |
| //: | *Hablan simultáneamente* | //: | Speak simultaneously |

### PARTICIPANTS:

**MORENO**:        Edwin Arnulfo Moreno Ibarra, a/k/a "Georgina"

**GUACHO:**        Unidentified male, alias "GUACHO"

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ramiro Anturi Larrahondo*                                          **USG Exhibit**
*Case No.: CR-10-018*
3184067009 - 12.01.2008 at 04.36.36.311_TRANSCRIPT
*Page 2 of 3*

## TRANSCRIPTION/TRANSLATION

| | **Speaker** | *Spanish* | **English** |
|---|---|---|---|
| 1 | **MORENO** | *Aló. Sí, aló. Aló.* | Hello. Yes, hello. Hello. |
| 2 | **GUACHO** | *¿Entonces?* | So? |
| 3 | **MORENO** | *¿Cómo fue?* | How was it? |
| 4 | **GUACHO** | *¿Ya le llamaron?* | Did they call you? |
| 5 | **MORENO** | *Sí, pero, pero…* | Yes, but, but… |
| 6 | **GUACHO** | *¿Es que llamó Moreno?* | Did Moreno call? |
| 7 | **MORENO** | *Sí, Moreno ya está todo al ciento. Oye, tenemos un detalle ahí con la Titi, güevon.* | Yes, Moreno is all good. Listen, we have a detail there with Titi, dude. |
| 8 | **GUACHO** | *¿Qué pasó?* | What happened? |
| 9 | **MORENO** | *No, pues ahí estamos cuadrando una vaina. El número que ella carga ¿es el siete trece (713) diga?* | No, well, we're trying to take care of some crap. The number that she carries, it is seven, thirteen (713)? Go ahead. |
| 10 | **GUACHO** | *Siete, no el siete, no el siete trece (713) no. [II]* | Seven, no the seven, no seven thirteen (713) no. [UI] |
| 11 | **MORENO** | *// [II] para que me lo des, pues.* | // [UI] so you can give it to me, then. |
| 12 | **GUACHO** | *// [II]* | // [UI] |
| 13 | | *[PAUSA]* | [PAUSE] |
| 14 | **GUACHO** | *Aló.* | Hello. |
| 15 | **MORENO** | *Sí.* | Yes. |
| 16 | **GUACHO** | *¿Aló?* | Hello? |
| 17 | **MORENO** | *Sí.* | Yes. |
| 18 | **GUACHO** | *Es veinte… veintitrés, cinco, noventa y cuatro (23594).* | It's twenty… twenty-three, five, ninety-four (23594). |
| 19 | **MORENO** | *Ya. No, ahí estamos cuadrando para ver por ahí [II]* | Okay. No, we're making arrangements to see if around there [UI] |
| 20 | **GUACHO** | *// Veintitrés cinco noventa cuatro (23594).* | // Twenty-three, five, ninety-four (23594). |
| 21 | **MORENO** | *Por ahí anda el animalito ese que anda volando, hermano, y está* | That little animal is hanging around there, the one that's flying around, |

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ramiro Anturi Larrahondo*                              **USG Exhibit**
*Case No.: CR-10-018*
3184067009 - 12.01.2008 at 04.36.36.311_*TRANSCRIPT*
*Page 3 of 3*

|    |         | *como medio enredadito un poquito, cuadrando, estamos cuadrando eso.* | brother, and it's a little bit complicated, taking care, we're taking care of that. |
|----|---------|---|---|
| 22 | **GUACHO** | *Ya listo. // [II] la Titi?* | Okay. // [UI] And Titi? |
| 23 | **MORENO** | *Sí, a la Titi. Porque [II]* | Yes, the Titi. Because [UI] |
| 24 | **GUACHO** | *¿A la Titi?* | Titi? |
| 25 | **MORENO** | *Sí. Ya la Pelala está bien, bien. ¿Oyó?* | Yes. The Pelala is fine, fine. You hear. |
| 26 | **GUACHO** | *Ya, listo.* | Yeah, okay. |
| 27 | **MORENO** | *Ya [II] hablamos, pues.* | [UI] we'll talk, okay. |
| 28 | **GUACHO** | *// [II]* | // [UI] |
| 29 | **MORENO** | *Bien, pues.* | Okay, then. |
|    |         | *[FIN DE LA GRABACIÓN]* | [END OF RECORDING] |

*United States v. Ramiro Anturi Larrahondo*                              **USG Exhibit**

*Voice attributions herein were provided by someone other than the translator.*