*United States v. Ramiro Anturi Larrahondo*  *USG Exhibit*
*Case No.: CR-10-018*
*3184067009 - 11.30.2008 at 19.10.06.623_TRANSCRIPT*
*Page 1 of 2*

**Date of recording:** November 30, 2008
**Time of recording:** 19:10:06

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| *[II]:* | *Ininteligible* | [UI]: | Unintelligible |
| *[F]:* | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Letra no itálica:* Hablado en inglés en la versión original | | *Italics:* Originally spoken in English | |
| *//:* | *Hablan simultáneamente* | //: | Speak simultaneously |

## PARTICIPANTS:

**MORENO:**     Edwin Arnulfo MORENO IBARRA, a/k/a "Georgina"

**UM (TITI):**  Unidentified male

**UM2:**        Unidentified male 2 (heard in background)

**UF:**         Unidentified female (heard in background)

*Voice attributions herein were provided by someone other than the translator.*

*United States v. Ramiro Anturi Larrahondo*                                    **USG Exhibit**
*Case No.: CR-10-018*
3184067009 - 11.30.2008 at 19.10.06.623_TRANSCRIPT
*Page 2 of 2*

## TRANSCRIPTION/TRANSLATION

| | **Speaker** | *Spanish* | **English** |
|---|---|---|---|
| 1 | | *[Comienza la grabación]* | [Beginning of recording] |
| 2 | **MORENO** | *Aló. Aló.* | Hello. Hello. |
| 3 | **UM (TITI)** | *// Aló.* | // Hello. |
| 4 | **MORENO** | *Sí.* | Yes. |
| 5 | **UM (TITI)** | *Sí [II] Con La Titi.* | Yes [UI] with La Titi. |
| 6 | **MORENO** | *// ¿Cómo va eso? Dígame.* | // How's that going?  Go ahead. |
| 7 | **UM (TITI)** | *Vea, vea [II] que tire eso de una vez. Tire eso de una vez eso, estamos con un aguacero [II] todo se dañó.* | Look, look [UI] go ahead and give that.  Go ahead and give that, we've got a downpour [UI] everything is damaged. |
| 8 | **UM2** | *[En el fondo] [II] está muy mojado.* | [In background] [UI] it's very wet. |
| 9 | **MORENO** | *Oye, hermano. Bueno, bueno apunte, voy a tirarlo no hay //* | Listen, brother. Okay, okay, write down, I'm going to give it to you, there's no // |
| 10 | **UM (TITI)** | *// [II]* | // [UI] |
| 11 | **MORENO** | *// De- derecho de una vez.* | // Straight up. |
| 12 | **UM (TITI)** | *¿Sí?* | Yeah? |
| 13 | **MORENO** | *Cero, nueve, cero, nueve, ocho, noventa y dos (0909892)* | Zero, nine, zero, nine, eight, ninety-two (0909892). |
| 14 | **UM (TITI)** | *Cero, nueve, cero, nueve, ocho, noventa y dos (0909892).* | Zero, nine, zero, nine, eight, ninety-two (0909892). |
| 15 | **UF** | *[En el fondo- II]* | [In background – UI] |
| 16 | **MORENO** | *Ya abajito, ochenta y cuatro, doce, siete, cincuenta (8412750).* | And below, eighty-four, twelve, seven, fifty (8412750). |
| 17 | **UM (TITI)** | *Ochenta y cuatro, doce, siete, cincuenta (8412750).* | Eighty-four, twelve, seven, fifty (8412750). |
| 18 | **MORENO** | *Sí. Es de la Mamá. Del Basurero. Cero, nueve, diecisiete (0917). ¿Aló? ¿Aló? [Se escucha radio o televisor en el fondo]* | Yes. That is for "Mama." The "Basurero" [Trash can]. Zero, nine, seventeen (0917). Hello?  Hello? [Radio or television heard in background] |
| | | *[FIN DE LA GRABACIÓN]* | [END OF RECORDING] |

*Voice attributions herein were provided by someone other than the translator.*