**This is a statement of Officer Ryan K. Patterson concerning the events of the pursuit of a suspect profile Go-Fast in the Eastern Pacific on December 1st and 2nd, 2008.**

I am currently qualified as a USCG Boarding Officer and Deployable Team Leader and I am stationed at USCG Tactical Law Enforcement Team (TACLET) South in Miami, FL.

On the night of December 1st and the early morning hours of December 2nd, 2008 I was embarked on USS Samuel B. Roberts (SBR) with USCG Law Enforcement Detachment (LEDET) 402 on routine patrol in the Eastern Pacific. In the evening hours of December 1st, I embarked the ship's US Navy helicopter tail number 601 as the USCG Flight Observer along with Lieutenant (LT) Nathan Rodenbarger as the Pilot, LT Matthew Allen as the Aircraft Tactical Officer, and Petty Officer (PO) Michael Davis as the air crewman. While in flight PO Davis acquired a high speed target heading Southwest on radar at 13 nautical miles. Approximately five minutes later the pilots stated that they had a visual on a large white wake heading toward the Southern tip of the Azuero Peninsula; we positioned ourselves behind the vessel and reported our findings to the SBR. Upon further investigation we identified the vessel as a profile go fast, approximately 40 feet in length with 3 large outboard engines, multiple 55 gallon fuel drums and packages onboard consistent with the packaging of narcotics, and four people onboard. We were tasked to lower down to identify ourselves and persuade the vessel to stop. Upon identifying ourselves with our rescue and search lights the go fast vessel stopped immediately. While using night vision goggles I noticed the four personnel aboard moving around frantically, I counted fourteen 55 gallon fuel drums and approximately 80 white and black bales of what appeared to be contraband neatly stacked behind the driving console and sporadically strewn in with the fuel drums. Approximately five minutes later the go fast vessel increased speed and headed towards Panamanian waters. Two members of the go fast crew started to throw the packages over the side frantically. We marked the suspected contraband with marker lights, chemical lights, and improvised high flyer marker buoy. The go fast crew continued throwing all of the packages over the side for approximately nine miles before entering Panamanian territorial seas. We maintain visual of the go fast vessel for approximately five more minutes and then commenced marking more of the debris field until SBR arrived on scene.

Page 1 of 2 _RKP_

**This is a statement of Officer Ryan K. Patterson concerning the events of the pursuit of a suspect profile Go-Fast in the Eastern Pacific on December 1st and 2nd, 2008.**

Approximately 1 hour later we landed to refuel and then took off to reacquire the contraband field. That evening/ early morning I witnessed the SBR's smallboat with two LEDET members aboard recover 23 packages from the water.

This statement is true and accurate to the best of my knowledge.

Officer Ryan K. Patterson, BM1
USCG TACLET South