Statement of Officer Sickels
Go-Fast 01DEC08
FDIN-2008364706
December 3rd, 2008

On December 1st, 2008 I was the Deployable Team Leader (DTL) of US Coast Guard Law Enforcement Detachment (LEDET) 402, deployed on the USS SAMUEL B. ROBERTS (SBR) in the Eastern Pacific. SBR launched their helicopter, 601 to patrol a known drug corridor. 601 reported that they had a target of interest similar to that of a go-fast but were not close enough to visually identify. SBR shifted tactical control (TACON) to US Coast Guard District Eleven. When 601 went overt they reported that they spotted a go-fast (G/F) in position 07-47N/079-32W on a course of 260 degrees at 27 knots. 601 reported that the G/F's reaction to their overt presence was to initially stop then make best speed on their same course. 601 reported the vessel as a 40 foot, Eduardono-style go-fast, multiple large fuel barrels on deck, 04 people on board, 03 large engines (>150hp), no indications of nationality, no name, and multiple packages consistent with that used to for narcotics.

601 reported to SBR that the go fast raised an antenna and then shortly after began throwing over what appears to be bales of contraband in position 07-45.15N/079-44.5W. This position was marked by 601 with strobe lights, matrix lights, and chem. lights. 601 reported approximately 50-80 bales were dropped. The go-fast continued into Panamanian territorial waters at 07-40N/079-54W and 601 did not pursue. SBR and 601 made best speed to debris fields. 601 spotted an apparent bale of contraband in position 07-44N/079-40W. 02 apparent bales were spotted by SBR in position 04-44N/079-41W. SBR launch their small boat with 02 LEDET on board. The RHIB recovered the first bale in position 07-44N/079-40W. That night the small boat recovered 23 bales.

LEDET members performed a Narcotics Identification Kit test on the bales. One bale tested positive for cocaine salts and one bale tested positive for cocaine base. 21 bales were similar in size and shape to the cocaine base bale and 20 bales were similar to the cocaine salts bale. In total, 41 bales of contraband were recovered. Tactical Control was shifted back to JIATF South.

This statement is true and accurate to the best of my knowledge.

Gregory S. Sickels
US Coast Guard TACLET South
LEDET 402, OIC
December 03, 2008