*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.012008 at 22.13.35_TRANSCRIPT*
*Page 1 of 5*

**Date of recording:** December 1, 2008
**Time of recording:** 22:13:35

**ABBREVIATIONS**

| | | | |
|---|---|---|---|
| *[II]*: | *Ininteligible* | [UI]: | Unintelligible |
| *[F]*: | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Itálica:* | Hablado en inglés en la versión original | *Italics:* | Originally spoken in English |

**PARTICIPANTS:**

**MORENO**: Edwin Arnulfo MORENO IBARRA, a/k/a "Georgina"
**UM**: Unidentified male
**JULIAN**: "Julian" or "Chumbila"

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.012008 at 22.13.35_TRANSCRIPT*
*Page 2 of 5*

## TRANSCRIPTION

| | Speaker | *Spanish* | English |
|---|---|---|---|
| | | *[Sonidos digitales]* | [Digital sounds] |
| 1 | **MORENO:** | *¿Cómo fue?* | What was it? |
| 2 | **UM** | *[II]. Sí.* | [UI]. Yes. |
| 3 | **MORENO** | *Dígame.* | Go ahead. |
| 4 | **UM** | *¿[II] y habló con la niña?* | [UI] and did you talk to the girl? |
| 5 | **MORENO** | *Sí, la niña está en camino.* | Yeah, the girl is on her way. |
| 6 | **UM** | *Ya.* | All right. |
| 7 | **MORENO** | *¿Cómo está todo por allá?* | How is everything over there? |
| 8 | **UM** | *Está bien.* | It's fine. |
| 9 | **MORENO** | *¿Ah?* | Huh? |
| 10 | **UM** | *Bien.* | Fine. |
| 11 | **MORENO** | *Bueno, entonces pa' que, pa' que nos…* | All right, then so that, so that we... |
| 12 | **UM** | *// [II].* | // [UI]. |
| 13 | **MORENO:** | *//… pa' que nos veamos a los doce. ¿Oyó?* | //… so that we can meet at twelve. All right? |
| 14 | **UM:** | *[II].* | [UI]. |
| 15 | **MORENO:** | *Ah, espere, no me cuelgue, no me cuelgue.* | Oh, hold on, don't hang up, don't hang up. |
| 16 | **UM:** | *// [II].* | // [UI]. |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.012008 at 22.13.35_TRANSCRIPT*
*Page 3 of 5*

| | | | |
|---|---|---|---|
| 17 | **MORENO** | *Espérese, yo lo llamo.* | Hold on, I'll call you. |
| 18 | | *[Sonido] [Pasa a otra llamada]* | [Noise] [Switches to another call] |
| 19 | **MORENO** | *Aló.* | Hello. |
| 20 | **UM:** | *[Al fondo] [II].* | [In background] [UI]. |
| 21 | **JULIAN:** | *¿Cómo [II]?* | How [UI]? |
| 22 | **MORENO** | *¿Cómo fue, mijo? Dígame.* | How was, man? Go ahead. |
| 23 | **JULIAN** | *No, vea, no, no, lla-llamaba para comentarle que hoy eso ya se puso feo, socio, entonces nos tocó salir fue…corriendo de allá, ¿oyó?* | No, look, no, no, I was ca-calling to tell you that, that turned ugly today, partner, so then we had to leave… running from there, all right? |
| 24 | **MORENO** | *Yo no le dije que recogiera rapidito y que volara de ahí.* | Didn't I tell you to pick up quickly and get out of there. |
| 25 | **JULIAN** | *Oye, ¿y acá [II] no alcanza? Mejor dicho… Señor, después le cuento yo. Yo creo que, yo creo que a los, a los amiguitos, a los otros amiguitos yo creo que esos sí perdieron, ¿oyó?* | Listen, and over here [UI] isn't enough? In other words…. Sir, I'll tell you later. I think that, I think that the guys, I think those other buddies did lose, all right? |
| 26 | **MORENO** | *No, pues ellos, ellos me hablaron [II].* | No, well they, they called me [UI]. |
| 27 | **JULIAN** | *// ¿Los que llevaban las varillas?* | // The ones that were taking the rods/sticks? |
| 28 | **MORENO** | *Sí.* | Yeah. |
| 29 | **JULIAN** | *No, no, no, no, no, no. No, los, los que estaban con nosotros allá pues. Los otros… las muchachas primeras que, que yo le dije que…* | No, no, no, no, no, no. No, the, the ones that were with us over well, there. The others… not the first girls that, that I told you that… |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*                                    **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.012008 at 22.13.35_TRANSCRIPT*
*Page 4 of 5*

| 30 | **MORENO** | *// [II].* | // [UI]. |
|---|---|---|---|
| 31 | **JULIAN** | *//… se habían ido no.* | //… had left. |
| 32 | **MORENO** | *Ya sé cuál es. Ya sé cuál es. Ya sé cuál es.* | I know which one it is now. I know which one it is now. I know which one it is now. |
| 33 | **JULIAN** | *Las que estaban con nosotros.* | The ones that were with us. |
| 34 | **MORENO** | *¿Ahí no andaban con ustedes en el mismo carro?* | Weren't they there with you guys in the same car? |
| 3536 | **JULIAN** | *// [II] porque….* | // [UI] because…. |
| 37 | **MORENO** | *¿Ah?* | Huh? |
| 38 | **JULIAN** | *No, no, no, iban en, en el otro carro pero íbamos ahí pegaditos los dos cuando se nos apareció la tía atrás, se nos pegó ahí al corte [II].* | No, no, no, they were in, in the other car but the two of us were together when the aunt showed up behind us, got on us there at the cut [UI]. |
| 39 | **MORENO** | *¿Sí?* | Really? |
| 40 | **JULIAN** | *Entonces cada quien cogió por su lado y, y ellos como que, que se le pegaron fue a ellos.* | So then everyone went their own way and, and it's like they, they got on them. |
| 41 | **MORENO** | *Ah, pues tienen que tirar esa, esa [II].* | Oh, well, you all/they have to throw that, that [UI]. |
| 42 | **JULIAN** | *// Yo llamaba para avisarle eso que… yo llamaba para avisarle eso yo. Pues, yo, yo ya ahorita quiero ir pa' [II].* | // I was calling to let you know about that… I was calling to let you know about that. Well, right now I, I want to go to [UI]. |
| 43 | **MORENO** | *Ya hágale pa' la casa.* | Go home now. |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*        **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.012008 at 22.13.35_TRANSCRIPT*
*Page 5 of 5*

| | | | |
|---|---|---|---|
| 44 | **JULIAN** | *// [II].* | // [UI]. |
| 45 | **MORENO** | *Hágale pa' la casa. Hágale pa' la casa.* | Go home. Go home. |
| 46 | **JULIAN** | *// [II] yo le marco pues.* | // [UI] I'll call you then. |
| 47 | **MORENO** | *Hágale, [II]. Hágale.* | Go, [UI]. Go. |
| 48 | **JULIAN** | *Cuando llegue yo le marco pues. [II].* | I'll call you when I get there then. [UI]. |
| | | ***[FIN DE LA GRABACIÓN]*** | **[END OF RECORDING]** |

*Voice attributions herein were made by someone other than the transcriber/translator.*