*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184067009-12.01.2008 at 23.42.24_TRANSCRIPT.doc
Page **1** of **5**

**Date of recording:**   December 1, 2008
**Time of recording:**   23:42:24

**ABBREVIATIONS**

| | | | |
|---|---|---|---|
| *[II]*: | *Ininteligible* | [UI]: | Unintelligible |
| *[F]*: | *Fonético* | [PH]: | Phonetic |
| [xx]: | [*Anotaciones del traductor*] | [xx]: | Translator's notes |
| *Itálica:* | Hablado en inglés en la versión original | *Italics:* | Originally spoken in English |

**PARTICIPANTS:**

**MORENO**:   Edwin Arnulfo MORENO IBARRA, a/k/a "Georgina"

**UM**:   Unidentified male

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*　　　　　　　　　　　　**USG Exhibit**
*Case No.: CR-10-018*
3184067009-12.01.2008 at 23.42.24_TRANSCRIPT.doc
Page **2** of **5**

## TRANSCRIPTION

| | **Speaker** | *Spanish* | **English** |
|---|---|---|---|
| | | *[Sonidos digitales]* | [Digital sounds] |
| 1 | **MORENO** | *Aló. Ah… ah.* | Hello. Oh… oh. |
| 2 | **UM:** | *¿Cómo fue, Georgina?* | How did it go, Georgina? |
| 3 | **MORENO** | *¿Cómo fue, viejo? Dígame.* | How did it go, man? Go ahead. |
| 4 | **UM:** | *Aló. Oye, ¿por qué no oís, oye? ¿Qué estás dormido, oye? Te pones a ver el problema que tuvimos aquí, oye.* | Hello. Listen, why can't you hear, man? Are you asleep, man? You should see the problem we had here, man. |
| 5 | **MORENO** | *Te estoy diciendo que dígame. Te estoy escuchando, oye. [Voces [II] al fondo] ¿Cuál dormido, oye?* | I'm telling you to go ahead. I'm listening to you, man. [[UI] voices in background] What do you mean asleep, man? |
| 6 | **UM:** | *// Oye, y la "Chicamocha" nos apareció oye, la "Chicamocha" nos apareció, loco. Oye, y casi [II]. [Ruidos]* | // Listen, and the "Chicamocha" showed up on us, the "Chicamocha" showed up on us, man. Listen, and almost [UI]. [Noises] |
| 7 | **MORENO:** | *Y los vio, ¿o qué?* | And did he/it see you all, or what? |
| 8 | **UM:** | *Yo [II].* | I [UI]. |
| 9 | **MORENO:** | *¿Y por dónde estaban?* | And where were they? |
| 10 | **UM:** | *Sí, ¿con todo? [Voz [II] al fondo] ¿Ah?* | Yeah, with everything? [[UI] voice in background] Huh? |
| 11 | **MORENO:** | *// ¿Y por dónde [II]?* | // And whereabouts [UI]? |
| 12 | **UM:** | *// [II] Nos tocó dejar toda esa vaina tirada [II].* | // [UI] we had to leave all that stuff dumped [UI]. |
| 13 | **MORENO** | *¿Ah?* | Huh? |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184067009-12.01.2008 at 23.42.24_TRANSCRIPT.doc
Page **3** of **5**

| 14 | **UM:** | *Estoy aquí por el lado de Paola. Por donde Paola. [II]. Acá con ella haciéndole… llegando a la granja ahí. Ah, por donde ese….* | I'm over here by Paola's. By where Paola is. [UI]. Over here with her doing… arriving at the farm there. Uh, by where that…. |
|---|---|---|---|
| 15 | **MORENO** | *¿Qué estás muy lejos de donde Pilo, o qué? [Pausa] ¿Estás muy lejos de donde Pilo…?* | Are you too far away from Pilo's, or what? [Pause] Are you too far away from Pilo's…? |
| 16 | **UM:** | *// [II], La cosa esta mala, oye.* | // [UI], The situation is bad, you hear. |
| 17 | **MORENO** | *¿Ah?* | Huh? |
| 18 | **UM:** | *Donde Pilo sí, estoy lejos. Yo iba, iba recién…* | Where Pilo is, yeah, I'm far. I was, was just going… |
| 19 | **MORENO** | *// ¿Cómo?* | // What's that? |
| 20 | **UM:** | *… [II] así como a mitad de camino pa', pa'… [II]. Me iba, iba cruzando la, la, la calle cuando se formó el problema, oye.* | … [UI] almost halfway there to, to… [UI]. I was, was crossing the, the, the street when the problem occurred, you hear. |
| 21 | **MORENO** | *¿Y entonces?* | So then? |
| 22 | | *[Voz/ruido al fondo]* | [Voice/noise in background] |
| 23 | **UM:** | *Oiga, dígale al Viejo, [II] lo que sucedió pana, [II], pana, porque tuvimos que tirar toda esta mierda [II] la dejamos tirada, pana.* | Listen, tell El Viejo to [UI], what happened man, [UI] man, because we had to throw away all this shit [UI] we abandoned it, man. |
| 24 | **MORENO:** | *¿Entonces botaron todo eso?* | So then you guys threw all of that away? |
| 25 | **UM:** | *[II] Se nos tiraron encima, loco, si como 2 horas, con todo [II], que te pasa loco…...* | [UI] They were right on top of us, man, yeah, like two hours, with everything [UI], what's the matter with you, man. |
| 26 | **MORENO:** | *Oye….* | Listen…. |
| 27 | **UM:** | *[II] todo cayó encima [II].* | [UI] everything came down [UI]. |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
*3184067009-12.01.2008 at 23.42.24_TRANSCRIPT.doc*
Page **4** of **5**

| | | | |
|---|---|---|---|
| 28 | **MORENO** | *¿Cómo así güevon, hombre?* | What do you mean man, man? |
| 29 | **UM:** | *[II] se puso fea la vaina, hermano.* | [UI] things got ugly, brother. |
| 30 | **MORENO** | *¿Y entonces? ¿Y qué… pa', pa' dónde cogieron pues?* | So then? And what… where, where did you guys head to then? |
| 31 | **UM:** | *// Pana….* | // Man…. |
| 32 | **MORENO** | *Pero dígame pa' dónde cogieron, güevón.* | But tell me where you guys went, man. |
| 33 | **UM:** | *Estamos acá buscando una [II].* | We're here looking for a [UI]. |
| 34 | **MORENO** | *[Al fondo] [II].* | [In background] [UI]. |
| 35 | **UM:** | *Fuimos a dar a una calle aquí, loco.* | We ended up on a street here, man. |
| 36 | **MORENO** | *¿Ah?* | Huh? |
| 37 | **UM:** | *Vengo por los lados de… a donde la Santa vieja [II], que es, donde está la roca.[UI]* | I'm over by… where the old woman saint [UI], that is, where the rock is. [UI] |
| 38 | **MORENO** | *¿A donde la Santa... a donde la Santa vieja?* | Where the saint… where the old woman saint is? |
| 39 | **UM:** | *Sí.* | Yes. |
| 40 | **MORENO** | *// [II] vuélveme a marcar en un momentico...* | // [UI] call me back in a little while… |
| 41 | **UM:** | *// Sí.* | // Yeah. |
| 42 | **MORENO** | *… pues. Vuélveme a marcar en un momentico.* | … then. Call me back in a little while. |
| 43 | **UM:** | *Oye, pana, si no le marco es por...* | Look, man, if I don't call you it's because… |
| 44 | **MORENO** | *¿Ah?* | Huh? |

*Voice attributions herein were made by someone other than the transcriber/translator.*

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184067009-12.01.2008 at 23.42.24_TRANSCRIPT.doc
Page **5** of **5**

| 45 | **UM:** | *… si no le marco más… ahí tempranito porque [II] me voy a recoger… voy a recoger [II] pa' alistarme pa', pa' brincarme [Sonido] un [II]. Para buscar que comer…..* | … if I don't call you anymore… early there because [UI] I'm going to pick up… I'm going to pick up [UI] to get ready to, to go over [Noise] a [UI]. To look for something to eat… |
|----|---------|---|---|
| 46 | **MORENO** | *Ya, listo, listo.* | Yeah, all right, all right. |
| 47 | **UM:** | *[II].* | [UI]. |
| 48 | **MORENO** | *Vuélveme a marcar en un momen-…* | Call me back in a litt-… |
| 49 | **UM:** | *// [II].* | // [UI]. |
| 50 | **MORENO** | *… en un momentico. Pues yo hablo con mi papá.* | … in little bit. Well, I'm going to talk to my dad. |
|    |         | ***[FIN DE LA GRABACIÓN]*** | **[END OF RECORDING]** |

*Voice attributions herein were made by someone other than the transcriber/translator.*