

2008/12/15