THE STATEMENT OF OFFICER SPARKS REGARDING THE PURSUIT OF A GO-FAST VESSEL IN THE EASTERN PACFIC OCEAN ON DECEMBER 12, 2008.

On the evening of December 12, 2008, while deployed on USS UNDERWOOD (FFG-36) I was the Special Missions Flight-Observer for a routine helicopter patrol while attached to USS Underwood in the Eastern Pacific Ocean.

During the course of our flight we received information of a possible suspect go-fast vessel (G/F) from a marine patrol aircraft (MPA). We were vectored toward the G/F and quickly had him on radar. It was night time and I was using night vision goggles to scan the water, several minutes later I spotted a long trail of white from a fast moving vessel. As we closed on the vessel I saw that it was not flying any flag or showing any sign of nationality, was not running any navigation lights, and didn't have any antennas for radio communications. The helicopter closed in on the vessel and came down in front of it flying sideways to show our law enforcement presence. I saw large packages in the bow of the G/F that was consistent with the size and shape of bulk contraband. The G/F was driving erratically swerving trying to avoid us flying right next to it. The person in the forward portion of the G/F was throwing the large packages overboard into the water. At that time I began taking video footage of the G/F throwing the packages overboard. We passed this information to the FFG-36 so they could launch the boat crew. The helicopter crew then dropped several smoke signals to make the debris field. After the person onboard the G/F finished throwing the packages overboard, the people onboard the vessel kept their heads down and would randomly put their arms in the air but never stopped the vessel. We continued the pursuit of the G/F until told to return to the debris field to assist getting the boat crew into position to recover the packages. The helicopter then returned to the FFG-36 and I assisted with weighing and storing the bales of cocaine.

This statement is true to the best of my knowledge.

Officer R. J. Sparks, USCG