*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184062852 – 12.12.2008 at 21.14.08.186_*TRANSCRIPT*
*Page 1 of 3*


Date of recording:   December 12, 2008
Time of recording:   21:14:08


**ABBREVIATIONS**

| | | | |
|---|---|---|---|
| [II]: | Ininteligible | [UI]: | Unintelligible |
| [F]: | Fonético | [PH]: | Phonetic |
| [xx]: | [Anotaciones del traductor] | [xx]: | Translator's notes |
| *Itálica*: | Hablado en inglés en la versión original | *Italics:* | Originally spoken in English |
| //: | Hablan simultáneamente | //: | Speak simultaneously |


**PARTICIPANTS:**

**MONTAÑO:**   Silvio MONTAÑO-VERGARA, a/k/a "Padrino," "Rafael," "Antonio"
**MORENO**:   Edwin Arnulfo MORENO IBARRA, a/k/a "Georgina"

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184062852 – 12.12.2008 at 21.14.08.186_*TRANSCRIPT*
*Page 2 of 3*

## TRANSCRIPTION

| SPEAKER | Spanish | English |
|---|---|---|
|  | [Sonidos digitales] | [Digital sound] |
|  | [Música] | [Music] |
| 1 **MONTAÑO:** | Aló. | Hello. |
| 2 **MORENO:** | Aló. | Hello. |
| 3 **MONTAÑO:** | ¿Qué hubo? | What's up? |
| 4 **MORENO:** | Ahí me llamó el pelado. Dijo que él tiene el pájaro encima. | The guy called me. He said that he has the bird on top of him. |
| 5 **MONTAÑO:** | Ajá. | Uh-huh. |
| 6 **MORENO:** | Ah, le estoy diciendo que le haga pa' atrás y que no pare ni por el hijo de puta, que está cerca. Ya. | Oh, I'm telling him to head back and not to even stop for the son of a bitch, that it's close. Yeah. |
| 7 **MONTAÑO:** | // [II]. Ajá. | // [UI]. Uh-huh. |
| 8 **MORENO:** | Y ahí yo, yo le estoy dando moral, le estoy dando moral. ¿Ya? Entonces pa'… | And I'm, I'm giving him moral support, I'm giving him moral support. All right? So then… |
| 9 **MONTAÑO:** | // [II]. | // [UI]. |
| 10 **MORENO:** | … pues pa' decirle a usted que si algún caso el pelado ya se [II] pa' yo decirle al hombre que le haga hasta lo último. Si en un caso ya se ve perdido, pues… pa' ver qué hace. ¿Usted qué dice? | … well, to tell you that if by any reason the guy already [UI] so I can tell the guy to do it until the end. If it looks like a lost cause, well… to see what he can do. What do you think? |
| 11 **MONTAÑO:** | // [II] que, que le haga hasta lo último, mano. | // [UI] for him do it until the end, man. |

*United States v. Ramiro Anturi Larahondo*  **USG Exhibit**
*Case No.: CR-10-018*
3184062852 – 12.12.2008 at 21.14.08.186_*TRANSCRIPT*
*Page 3 of 3*

| 12 | **MORENO:** | Sí, yo le estoy dando moral. Yo le estoy dando moral diciendo que le haga y que no pare ni por el hijo de puta. Ya. | Yeah, I'm giving him moral support. I'm giving him moral support telling him to do and not to stop for the son of a bitch. Okay. |
|---|---|---|---|
| 13 | **MONTAÑO:** | Claro. Claro. | Of course. Of course. |
| 14 | **MORENO:** | // Que le haga para la casa y que se tire por la orilla. Que invente cualquier vaina. | // To make for home, and get to shore. To make up any shit. |
| 15 | **MONTAÑO:** | Bueno. | All right. |
| 16 | **MORENO:** | // ¿Oyó? Bueno, pues. | // All right? All right, then. |
|   |   | **[FIN DE LA GRABACÍON]** | **[END OF RECORDING]** |