THE STATEMENT OF OFFICER MORGAN REGARDING THE PURSUIT OF A GO-FAST VESSLE IN THE EASTERN PACFIC OCEAN ON DECEMBER 12, 2008.

While on a routine patrol in the Eastern Pacific, I was temporally assigned to USS UNDERWOOD (UND) as the deployable team leader for Law Enforcement Detachment Team (LEDET) 102. On December 12, 2008 an Maritime Patrol Aircraft (MPA) spotted two go-fast vessels (G/F) loitering outside of Colombian Territorial Waters (TTW). UND launched its attached helo and the MPA vectored the helo to the G/Fs. While the helo was in route the MPA reported that one of the G/F began to get underway and headed into Colombian TTW and the other G/F remained in the same position. The MPA received permission to enter into Colombian TTW and pursued one of the vessels while UND's helo began monitoring the vessel which remained outside of TTW. Once UND was within two nautical miles of the target vessel, it launched its small boat with five LEDET members to consist of one boarding officer (BO) and four Boarding Team Members. I remained on the bridge of UND with one other LEDET member. Once the small boat got underway, the helo reported that the target vessel had begun making way and headed further out into international waters. UND and the small boat began to pursue the vessel. While UND pursued the vessel, the helo reported that the crew of the G/F had begun jettisoning cargo over the side which appeared to be bales of contraband. The helo and UND dropped smoke floats to mark the debris field. The UND small boat stopped to pick up a bale of contraband to test the substance. The BO in the small boat informed me that the packages were tested using a Narcotics Identification Kit and that he had received two positive results for cocaine. UND was unable to capture the G/F and ceased pursuit. UND's small boat and Zodiac filled with one LEDET member began to recover the contraband. The LEDET was able to recover 63 bales of contraband. Upon further investigation I noticed that the kilo sized bricks found in the bales were marked with a Sylvester and Tweetie bird logo.

This statement is true to the best of my knowledge.

Officer K. D. Morgan, USCG