# RÉPUBLIQUE TOGOLAISE
**TRAVAIL – LIBERTE – PATRIE**



# DIRECTORATE OF MARITIME AFFAIRS
# INTERNATIONAL SHIP REGISTRY

Whereas, the Maritime Administration of the Government of the Togolese Republic, has considered and approved the application which has been submitted to it for the registration of the ship described here below in the International Ship Registry, in accordance to the provisions of the Regulations of the Togolese Merchant Shipping Act. Consequently this Certificate of Registry issued to the said vessel entitling her to engage in International Voyages, under the flag of the Togolese Republic.

# PROVISIONAL CERTIFICATE OF REGISTRY

Certificate Number: TG/REG/139-38512/65

| | | | |
|---|---|---|---|
| IMO NUMBER: | 8986054 | OFFICIAL NUMBER: | TG-00026L |
| PORT OF REGISTRY | LOME | CALL SIGN: | 5VAD3 |

This office under the Authority granted by the Togolese Maritime Administration, and according to the requirements of the Togolese Merchant Shipping Act, has provisionally registered the vessel, whose particulars are described here below.

## GENERAL DATA

| NAME OF SHIP | OWNERSHIP / SHARES | |
|---|---|---|
| CHARMER | INTERNATIONAL CARGO HANDLERS CORPORATION S DE RL (100%) | |
| **PREVIOUS NAME** | **OWNERS CORRESPONDING ADDRESS** | |
| CHARMER | NACAOME, DPTO. DE VALLE, HONDURAS | |
| **PREVIOUS FLAG** | **SHIP'S BUILDERS** | |
| CAMBODIA | PHILADELPHIA NAVAL SHIPYARD | |
| **TYPE OF SHIP** | **MATERIAL OF HULL** | **PLACE AND YEAR OF BUILT** |
| OIL TANKER | STEEL | PHILADELPHIA - USA, 1943 |
| **CLASSIFICATION SOCIETY** | | |
| CONARINA | | |

## SHIP'S MAIN PARTICULARS

| GROSS TONNAGE | 603 | NET TONNAGE | 289 | NUMBER OF DECKS | ONE |
|---|---|---|---|---|---|
| REGISTERED LENGTH | 50.60 M | BREADTH | 9.75 M | DEPTH | 4.57 M |

## MAIN PARTICULARS OF MAIN ENGINE

| NUMBER OF ENGINES | ONE | ENGINE'S OUTPUT | 750 KW |
|---|---|---|---|
| PLACE / DATE OF BUILT | USA, 1983 | ENGINE'S MAKERS | CATERPILLAR |

This certificate is issued on the 23RD day of the month MARCH of the year 2009 under the authority of the Directorate of Maritime Affairs of the Government of the Togolese Republic and it remains valid until the 17TH day of the month JUNE of the year 2009

For the Ship Registrar of the
Togolese Directorate of Maritime Affairs

_____
Vera Medawar

Form Number: TG/139-38512/1