0505091548

CASE: RE-07-0097

CALL: 0505091548

DATE: 05/05/09

TRANSCRIBED BY: ANNE MARIE BALKE

PARTICIPANTS:

DAVID ANDRADE

UNDERCOVER = UC

|  | **[INICIO DE LA LLAMADA]** | **[BEGINNING OF CALL]** |
|---|---|---|
|  |  |  |
| ANDRADE | Mire, justo acabo de llegar aquí a la isla de nosotros... ¿Me entiende? | Listen, I just arrived here to our island... You understand me? |
| UC | Sí. | Yes. |
| ANDRADE | Todas las cosas están bien. Está todo ahí. Yo tengo todo mi gente coordinado ahí. | Everything is fine. It's all there. I have my people there coordinating there. |
| UC | ¡Okey! | Okay.! |
| ANDRADE | Pero no puedo esperar ahorita I/I Hagame una cosa RICHARD ... yo le voy a pagar... USTED que es una persona honorable y decente...le voy a pagar hasta el ultimo peso de eso y acuerde que le dije que si USTED ordene ahí... yo voy a incrementar el costo . ¿Me entiende? | But I can't wait right now, but there's no problem. You understand? RICHARD, do me this favor. You knwo I'm going to pay you every peso since you are an honorable and descent person and remember what I told you if you ordered them there... that I would increase the cost. You understand me? |
| UC | Okey, yo, yo estuve llamando anoche a ... ¿Comó se llama? ... Tu papa ANTONIO y ... | Okay, I, I was calling your father; what's his name ... ANTONIO and ... |

| | | |
|---|---|---|
| ANDRADE | Bueno, JOSE no, JOSE no contesta. Vea, el barco está ahí. El estado ya llego ahí. Ya llegó ahí. Está llamando mucha gente hermano. Mucha gente está llamando al capi.. Entonces llame USTED al capitán y digale que no vaya a entregar a otras personas más que a KEN, . El muchacho mio. El muchacho que fue a conocer la casa. Digale. Que no vaya a entregar a más nadie que a él. Llame por favor RICHARD. Le agradezco, porque hay problemas ahí. USTED, Su empleado calentó mucho acá la situación. Todo el mundo está esperando eso acá. Quién entre para esas cosas ... le voy a partir hermano. | Alright, JOSE's not, JOSE's not answering. Look, the boat is there and the state arrived there. A lot of people are calling brother. A lot, a lot of people are calling the capi... So you call him and tell him not to turn that over to any other person except KEN; my boy. The guy who went to see the house. You tell him. That he better not give that to anyone else but him. Call him please RICHARD. I appreciate it, because there are problems there. You, your employee heated things up too much. Everyone is here waiting. Who ever domes in here for those things, I'll take them out brother. |
| UC | Deja, deja a ver que está pasando. | Let me, let me see what's happening. |
| ANDRADE | ¿Me entiendes? | You understand me? |
| UC | ¡Okey! | Okay. |
| ANDRADE | Por eso vea. ¡Escucha, no! Ya tengo todo controlado. Quién entra por eso, para esa cosa lo parto... y lo parto con la ley. Digales que tengo todo mi ley ahí, .tengo todo mi gente. Tengo rodeado eso. Quién llega por eso y no sea mi muchacho KEN, lo parto hermano. Va a ver un gran problema. Vamos a matar si es posible hermano., pero mis cosas no se las lleve más nadie que nosotros hermano. Porque allá están ahí. Yo le dije a USTED. Entonces si USTEDES lo quieren mover RICHARD... y no lo van a joder. Hable, hable que le voy a ... | Precisely for that. No you listen to me. I have it under control. Who ever goes in there for that , to get that, I'll take them out with the law. Tell them I have all the law there. I have my people. I have that surrounded. Who ever goes there to get that and it is not my boy KEN, is going down brother. It will be a huge problem. We will kill them if possible brother, but my things, no one will take them but us brother. Because they are over there. I told you . SO that if you wanted to go get them, on one would fuck with you. Talk, talk that I'm going to .... |
| UC | Okey, dejame llamar. Le llamo para atras. | Okay, let me call. I'll call you back. |

| ANDRADE | Yo tengo rodeado ese pueblo. Ese pueblo es mio. Ahí toda esa zona es mia. Y el que se mueve bala ahí, yo le voy a partir hermano. Que me llegan para esas cosas ... va a ver una parti...dejame sacar... <br> . Digale a ese *man* que me deje a mi sacar mis cosas. Yo le voy a decir que USTED me manda... | I have the town surrounded. That town is mine. That zone there is mine and whoever wants to shake things up there, I will take them out brother. If they come for those things, there will be a shoot out... let me take ... <br><br> Tell that man to let me take my things out. I'm going to tell him you sent me. |
|---|---|---|
| UC | No me acerca al barco ahora mismo como están las cosas. ¿Okey? | Don't go close to the boat right now with things the way they are. Okay? |
| ANDRADE | Andale pues. | Alright then. |
| UC | No, no se, no se me acerca ese barco como están las cosas ahora mismo. ¿Okey? Dejame llamar a ver que está pasando . Que no te acerques ahí hasta yo a averiguo lo que está pasando. <br> Yo te llamo para atras. Okey? | No, don't, don't go close to the boat the way things are right now. Okay? Let me call to see what's happening. Don't go over there until I check things to see what's happening? I'll call you back. Okay? |
| ANDRADE | No, yo me voy a cercar porque son mis cosas hermano. | No, I'm going to go there, because those are my things brother. |
| UC | Viejo, USTED no puede entrarse ese barco. ¿Okey? Dejame llamar a ver que está pasando. | Old man, you cannot enter the boat. Okay? Le t me call and see what is happening. |
| ANDRADE | USTED dice que yo no puedo subir al barco y ya vees que ... voy a subir. Voy a subir hermano | You say I can't go into the boat and you will see... I'm going inside. I'm going in brother. |
| UC | USTED va a formar un révolu porque ahí yo no creo que hay nada Ya se la tomó gente ahí. ¿Okey? | You are going to forma revolution, because I don't think there is anything there. Some one has already gotten that there. Okay? |

| | | |
|---|---|---|
| ANDRADE | No, yo voy pa' voy para adentro hermano. Yo tengo todo mi ley ahí. Yo ahí mando hermano y le voy a demostrar a USTED que yo mando ahí. Yo voy a sacar mis cosas y si no, voy a partir ese barco a la verga, lo parto hermano, pero mis cosas me tienen que dar hermano. No es justo eso hermano. ¿Me entiende? | No, I'm going in... I'm going inside brother. I have all my law there. I'm the boss in charge there and I'm going to show you who's boss there. I'm taking my things and if I can't I'm going to take down the boat... fuck that... they are going to give me my things no matter what brother. It's not fair. You understand? |
| UC | Esperase. Deja, dejame ... dejame llamar a JOSE rapido ahora ¿Okey? No se haga las cosas a la loca ahora mismo. [VOCES ENTRECRUZADAS] Dejame hablar a JOSE ahora mismo. Dame un minuto. Yo te llamo para atras...un minuto, yo te llamo para atras. ¿Okey? | Wait. Let, let me... let me call JOSE real quick. Okay? Don't go doing crazy things right now. [VOICES OVERLAP] Let me call JOSE right now. Give me a minute. I'll call you right back. One minute. I'll call you right back. Okay? |
| ANDRADE | I/I esas cosas.... | U/I those things. |
| UC | Okey, okey está bien. | Okay, okay. That's fine. |
| ANDRADE | y como .. I/I [VOCES ENTRECRUZADAS] | And how... U/I [VOICES OVERLAP] |
| UC | Escuchame bien. ¡Esperame! ¿Okey? | Listen to me real well. Wait! Okay? |
| ANDRADE | ¿Juh? | Huh. |
| UC | ¡Esperame!...que yo llamo para atras. | Wait! I'll call you back. |
| ANDRADE | Bueno, digale a ese man que... | Alright, well you tell tha guy that ... |
| UC | Okey, dejame llamar. Cúelgale y yo llamo para atras. | Okay. Let me call. Hang up and I'll call you back. |
| ANDRADE | Bueno, llamais, llamais ... bueno RICHARD. | Alright, call, call. Alright RICHARD. |
| | | |
| | **[FIN DE LLAMADA]** | **[END OF CALL]** |
| | | |