


**United States Department of State**

*Washington, D.C. 20520*

**21 March 2011**

## CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING THE MOTOR VESSEL CHARMER (TOGO)

I, Commander Daniel Deptula, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since 16 August 2010.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§70502(c)(2) & (d)(2) and 18 U.S.C. 2237(d).

3. That I make the following statements based upon my personal knowledge or upon information furnished to me in the course of my official duties.

4. I certify the following:

   a. From on or about February 2009 to on or about April 2009, a drug trafficking organization based in South and Central America conspired to distribute a large quantity of cocaine from Barranquilla, Colombia, to the Republic of Honduras via the M/V CHARMER. On or about March 2009, while the M/V CHARMER was within the territorial waters of the Republic of Honduras, a representative of the drug trafficking organization inspected the M/V CHARMER for the purpose of determining the M/V CHARMER's suitability to transport the drug trafficking organization's cocaine.

   b. On or about April 2009, the drug trafficking organization delivered approximately 2.7 metric tons of cocaine to Barranquilla, Colombia, which was intended to be transported aboard the M/V Charmer from Barranquilla, Colombia to Honduras. However, the cocaine was seized by law enforcement in Barranquilla, Colombia, before it could be loaded onto the M/V CHARMER.

   c. In a diplomatic noted dated December 1, 2010, pursuant to Article 17 of the 1988 United Nations Convention Against Illicit Traffic in Narcotic Drugs and Psychotropic Substances (hereafter, "the Agreement"), the Government of the United States requested the Republic of Togo consent or waive objection to the exercise of jurisdiction by the United States and enforcement of United States law against the Togolese flagged Motor Vessel (M/V)

11021882-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

...ify That Daniel Deptula, whose name is subscribed to the document hereunto annexed, was ... e of subscribing the same Commander, U.S. Coast Guard, Maritime Law Enforcement ... Bureau of International Narcotics and Law Enforcement Affairs, Department of State, United ... merica, and that full faith and credit are due to his acts as such.

*...is certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, Hillary Rodham Clinton, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this twenty-second day of March, 2011.

_____
Secretary of State

By _____
Assistant Authentication Officer,
Department of State

*Issued ... nt to CH... ate of Sept. ...9, 1 Sta... ; 22 USC ... 2USC 26... USC 301; ... 1733 et. s... USC 1443(... E 44 Feder... s of Civil ...re.*

CHARMER and persons who engaged in conspiracy to transport cocaine by sea aboard the M/V CHARMER.

      d. In a diplomatic note dated March 3, 2011, the Republic of Togo informed the United States that it did not object to the exercise of United States law against the M/V CHARMER. Accordingly, the Government of the United States determined the vessel is subject to the jurisdiction of the United States pursuant to 46 U.S.C. § 70502(c)(1)(C).

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 21, 2011.

Daniel Deptula
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State