

United States Department of State

*Washington, D.C. 20520*

12 November 2010

## CERTIFICATION FOR THE MARITIME DRUG LAW ENFORCEMENT ACT CASE INVOLVING THE FISHING VESSEL CHARMER (TOGO FLAGGED)

I, Commander Daniel Deptula, USCG, declare as follows:

1. That I have been assigned as the Coast Guard Liaison Officer to the Bureau of International Narcotics and Law Enforcement Affairs, U.S. Department of State, since 16 August 2010.

2. That in my official capacity, I have been designated by the Secretary of State, through the Assistant Secretary of State for International Narcotics and Law Enforcement Affairs, to make certifications under 46 U.S.C. §§70502(c)(2) & (d)(2) and 18 U.S.C. 2237(d).

3. That I make the following statements based upon my personal knowledge and upon information furnished to me in the course of my official duties.

4. I certify the following:

    a. From on or about February 2009 to on or about April 2009, a drug trafficking organization based in South and Central America conspired to distribute a large quantity of cocaine from Barranquilla, Colombia, to the Republic of Honduras via the M/V CHARMER. On or about March 2009, while the M/V CHARMER was within the territorial waters of the Republic of Honduras, a representative of the drug trafficking organization inspected the M/V CHARMER for the purpose of determining the M/V CHARMER's suitability to transport the drug trafficking organization's cocaine.

    b. On or about April 2009, the drug trafficking organization delivered approximately 2.7 metric tons of cocaine to Barranquilla, Colombia, which was intended to be transported aboard the M/V CHARMER from Barranquilla, Colombia to Honduras. The cocaine, however, was seized by law enforcement personnel in Barranquilla, Colombia, before it could be loaded onto the M/V CHARMER.

    c. Pursuant to the Agreement between the Government of the United States of America and the Government of the Republic of Honduras Concerning Cooperation for the Suppression of Illicit Maritime Traffic in Narcotic Drugs and Psychotropic Substances, on 4 January 2010, the Government of the United States of America requested the Government of the Republic of Honduras to waive its right to exercise jurisdiction and consent to the

11005755-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

That Daniel Deptula, whose name is subscribed to the document hereunto annexed, was at ... ubscribing the same Commander Coast Guard, Maritime Law Enforcement Officer and ... er, Bureau of International Narcotics and Law Enforcement Affairs , Department of ... States of America, and that full faith and credit are due to his acts as such.

*ertificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Hillary Rodham Clinton, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this sixteenth day of November, 2010.

_____
Secretary of State

By_____
Assistant Authentication Officer,
Department of State

*Issue ... ant to CHXIV, St...*
*Sept. ... '89, 1 Stat. 68-69*
*USC ... 22USC 2651a; 5 ...*
*301; ... 1733 et. seq.; 8 U...*
*14436 ... E 44 Federal Rules*
*Civil I ... re.*

enforcement of U.S. law by the United States of America against the M/V CHARMER, a vessel located in the territorial waters of Honduras.

      d. On January 7, 2010, Honduran authorities notified the United States that the Government of Honduras consented to the enforcement of U. S. law by the United States with respect to the M/V CHARMER.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 12, 2010.

*[signature]*

Daniel Deptula
Commander, U. S. Coast Guard
Maritime Law Enforcement Officer
U. S. Coast Guard Liaison Officer to the Bureau of
International Narcotics and Law Enforcement Affairs
U. S. Department of State