UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 10-018-10 (JDB) |
| | ) | |
| RAMIRO ANTURI LARRAHONDO (10) | ) | |
| | ) | Hon. Judge John D. Bates |
| a/k/a "Fiscal" a/k/a "Doctor," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The Government having moved for an Order that certain specified vessels are subject to United States jurisdiction under the Maritime Drug Law Enforcement Act (MDLEA), it is hereby ORDERED:

1. That the Motor Vessel (M/V) Charmer is subject to United States jurisdiction under the MDLEA for the purposes of the above captioned matter based upon the two United States Department of State certifications that were submitted by the United States.

2. That the go fast vessels from which cocaine was seized on December 1, 2008, December 2, 2008, and December 12, 2008, as described in the Government's motion, are subject to United States jurisdiction under the MDLEA for the purposes of the above captioned matter based upon their being "vessels without nationality" as that term is used in the MDLEA.

3. A copy of this Order shall be served on all counsel of record.

Done this ___ day of September, 2012
Washington, DC

_____
Hon. John D. Bates
United States District Judge